UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| **UNITED STATES OF AMERICA**          : | |
| : | |
| v.          : | File No. 1:07-CR-118-01 |
| : | |
| **ROBERT H. SARVIS,**          : | |
| Defendant          : | |

# ORDER
(Papers 31, 45)

Pending before the Court are Defendant's Motion for Disclosure of Probation Records (Paper 31) and Defendant's Supplemental Motion for Release of Probation Records (Paper 45). At a hearing held on June 23, 2008, the government's Motion for *In Camera* Review of Probation Files was granted. The Court has conducted an *in camera* review and the defendant's motions are hereby GRANTED in part.

It is ORDERED that the Chief Probation Officer provide to counsel for the government and defendant the contents of defendant's supervision file, with the exception of limited redacted portions which the Court finds to be irrelevant to the issues of the case, such as personal comments of probation officers about matters having nothing to do with supervision of the defendant.

A status conference with counsel is hereby scheduled for <u>Thursday, September 18, 2008, at 10:30 a.m. in Brattleboro, Vermont</u>. After reviewing the materials in the supervision file, counsel shall be prepared to discuss any options for the resolution of the charges against the defendant.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 2nd day of September, 2008.

                                                  /s/ J. Garvan Murtha
                                                  J. Garvan Murtha
                                                  United States District Judge